| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Randy R DuVilla <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3885 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Toni L DuVilla <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7082 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–21995–JNP | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Randy R DuVilla                                       Toni L DuVilla

<u>5/6/19</u>                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Randy R DuVilla  
Toni L DuVilla  
    Debtors

Case No. 14-21995-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 06, 2019  
                 Form ID: 3180W     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.

```
db/jdb         +Randy R DuVilla,    Toni L DuVilla,    122 Sheldon Avenue,    Millville, NJ 08332-7411
cr             +Colonial Bank, FSB,    2745 S. Delsea Drive,    Vineland, NJ 08360-7079
cr             +Hyundai Capital America,    c/o Schiller & Knapp, LLP,    101 Hudson Street, Suite 210,
                 Jersey City, NJ 07302-3915
r              +Michele Kelly,    S. Kelly Real Estate, LLC,    811 Landis Avenue,    Bridgeton, NJ 08302-4839
cr             +SN Servicing Corporation as servicer for Igloo Ser,    FRIEDMAN VARTOLO LLP,    950 THIRD AVENUE,
                 11TH FLOOR,    NEW YORK, NY 10022-2775
514847493      +Atlantic City Electric CO EFCU,    5100 Harding Highway,    Mays Landing, NJ 08330-2297
515097447      +Atlantic City Electric Co. EFCU,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
514847495      +Brittani Potts,    105 Main Avenue,    Millville, NJ 08332-9512
514847497      +Colonial Bank, FSB/Statebridge,    5680 Greenwood Plaza Drive,    Ste 100s,
                 Greenwood Village, CO 80111-2404
514847503     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motor Acceptance,    8900 Freeport Parkway,
                 Irving, TX 75063)
514854680       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
514847504     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
514847505      +State of New Jersey,    Dept of Labor & Workforce Development,    PO Box 981,
                 Trenton, NJ 08625-0981
515095820      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514847494       EDI: BANKAMER.COM May 07 2019 03:08:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998
514847496       EDI: CHASE.COM May 07 2019 03:08:00      Chase Bank USA,    PO Box 15298,
                 Wilmington, DE 19850-5298
514847498      +EDI: WFNNB.COM May 07 2019 03:08:00      Comenity Bank/Fashbug,    PO Box 182272,
                 Columbus, OH 43218-2272
514847499      +EDI: RMSC.COM May 07 2019 03:08:00      GECRB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
514847500      +EDI: HY11.COM May 07 2019 03:08:00      Hyundai Capital America,    PO Box 20835,
                 Fountain Valley, CA 92728-0835
516822258      +EDI: HY11.COM May 07 2019 03:08:00      Hyundai Capital America DBA,    Hyundai Motor Finance,
                 PO Box 20809,    Fountain Valley, CA 92728-0809
514864874      +EDI: HY11.COM May 07 2019 03:08:00      Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
514847501       EDI: IRS.COM May 07 2019 03:08:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515095551       EDI: PRA.COM May 07 2019 03:08:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,    Norfolk VA 23541
514847506       EDI: TDBANKNORTH.COM May 07 2019 03:08:00      TD Bank, NA,    PO Box 84037,
                 Columbus, GA 31908-4037
514847502       EDI: TFSR.COM May 07 2019 03:08:00      Lexus Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
514885208       EDI: TFSR.COM May 07 2019 03:08:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
514847509      +EDI: WFNNB.COM May 07 2019 03:08:00      WFNNB/Dress Barn,    PO Box 182789,
                 Columbus, OH 43218-2789
514951170       EDI: WFFC.COM May 07 2019 03:08:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA 50306-0438
514847507      +EDI: WFFC.COM May 07 2019 03:08:00      Wells Fargo Financial,    800 Walnut Street,
                 Des Moines, IA 50309-3891
514847508       EDI: WFFC.COM May 07 2019 03:08:00      Wells Fargo Home Mortgage,    PO Box 14411,
                 Des Moines, IA 50306-3411
                                                                                             TOTAL: 18
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          Wells Fargo Bank, NA

```
District/off: 0312-1           User: admin            Page 2 of 2              Date Rcvd: May 06, 2019
                               Form ID: 3180W         Total Noticed: 32

514873265*         Nissan Motor Acceptance Corp,    PO Box 660366,   Dallas TX 75266-0366
514873266*         Nissan Motor Acceptance Corp,    PO Box 660366,   Dallas TX 75266-0366
514873267*         Nissan Motor Acceptance Corp,    PO Box 660366,   Dallas TX 75266-0366
                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Randy R DuVilla andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg     on behalf of Joint Debtor Toni L DuVilla andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for Igloo
               Series II Trust bankruptcy@friedmanvartolo.com
              Matthew William Lizotte    on behalf of Creditor    SN Servicing Corporation as servicer for Igloo
               Series II Trust mlizotte@friedmanvartolo.com
              Steven Eisenberg    on behalf of Creditor    Colonial Bank, FSB bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Young-Lynn Lee    on behalf of Creditor    Hyundai Capital America ylee@schillerknapp.com,
               kcollins@schillerknapp.com
                                                                                               TOTAL: 10
```